Daniel P. Elms
State Bar No. 24002049
delms@bellnunnally.com
Heather H. Jobe
State Bar No. 24048825
hjobe@bellnunnally.com
Scott R. Larson
State Bar No. 24097971
slarson@bellnunnally.com

**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
(214) 740-1468 Telephone
(214) 740-1499 Facsimile

**ATTORNEYS FOR HIGHLAND CLO FUNDING, LTD.,**
**CLO HOLDCO, LTD., AND NEUTRA, LTD.**

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-30264-7 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | CHAPTER 7 |
| | § | (INVOLUNTARY) |
| Debtor. | § | |

## NOTICE OF APPEARANCE

Highland CLO Funding, Ltd., CLO Holdco, Ltd., and Neutra, Ltd. ("**Interested Parties**"),

parties-in-interest in the above-referenced matter, request that the following attorneys receive

pleadings and other papers filed in the instant matter:

> Daniel P. Elms
> State Bar No. 24002049
> delms@bellnunnally.com
> Heather H. Jobe
> State Bar No. 24048825
> hjobe@bellnunnally.com
> Scott R. Larson
> State Bar No. 24097971
> slarson@bellnunnally.com

NOTICE OF APPEARANCE—PAGE 1

**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
(214) 740-1468 Telephone
(214) 740-1499 Facsimile

The Interested Parties respectfully request that the Court's Clerk ensure that henceforth copies of all orders and notices entered in this matter are forwarded to Mr. Elms, Ms. Jobe, and Mr. Larson.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:     */s/ Scott R. Larson*
        Daniel P. Elms
        State Bar No. 24002049
        delms@bellnunnally.com
        Heather H. Jobe
        State Bar No. 24048825
        hjobe@bellnunnally.com
        Scott R. Larson
        State Bar No. 24097971
        slarson@bellnunnally.com

3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
(214) 740-1468 Telephone
(214) 740-1499 Facsimile

**ATTORNEYS FOR HIGHLAND CLO FUNDING, LTD., CLO HOLDCO, LTD., AND NEUTRA, LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2018, a true and correct copy of the foregoing document was served by electronic submission through the Court's automated Case Management and Electronic Docketing System for the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division, on all parties-in-interest submitting to service of papers in this case by said means.

*/s/ Scott R. Larson*
Scott R. Larson

3570014_1.DOCX

Daniel P. Elms
State Bar No. 24002049
delms@bellnunnally.com
Heather H. Jobe
State Bar No. 24048825
hjobe@bellnunnally.com
Scott R. Larson
State Bar No. 24097971
slarson@bellnunnally.com

**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
(214) 740-1468 Telephone
(214) 740-1499 Facsimile

**ATTORNEYS FOR HIGHLAND CLO FUNDING, LTD.,
CLO HOLDCO, LTD., AND NEUTRA, LTD.**

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-30264-7 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | CHAPTER 7 |
| | § | (INVOLUNTARY) |
| Debtor. | § | |

## NOTICE OF APPEARANCE

Highland CLO Funding, Ltd., CLO Holdco, Ltd., and Neutra, Ltd. (“**Interested Parties**”),

parties-in-interest in the above-referenced matter, request that the following attorneys receive

pleadings and other papers filed in the instant matter:

Daniel P. Elms
State Bar No. 24002049
delms@bellnunnally.com
Heather H. Jobe
State Bar No. 24048825
hjobe@bellnunnally.com
Scott R. Larson
State Bar No. 24097971
slarson@bellnunnally.com

**NOTICE OF APPEARANCE—PAGE 1**

**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
(214) 740-1468 Telephone
(214) 740-1499 Facsimile

The Interested Parties respectfully request that the Court's Clerk ensure that henceforth copies of all orders and notices entered in this matter are forwarded to Mr. Elms, Ms. Jobe, and Mr. Larson.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:     */s/ Scott R. Larson*
        Daniel P. Elms
        State Bar No. 24002049
        delms@bellnunnally.com
        Heather H. Jobe
        State Bar No. 24048825
        hjobe@bellnunnally.com
        Scott R. Larson
        State Bar No. 24097971
        slarson@bellnunnally.com

3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
(214) 740-1468 Telephone
(214) 740-1499 Facsimile

**ATTORNEYS FOR HIGHLAND CLO FUNDING, LTD., CLO HOLDCO, LTD., AND NEUTRA, LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2018, a true and correct copy of the foregoing document was served by electronic submission through the Court's automated Case Management and Electronic Docketing System for the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division, on all parties-in-interest submitting to service of papers in this case by said means.

*/s/ Scott R. Larson*
Scott R. Larson

3570014_1.DOCX

Holland N. O'Neil (TX 14864700)
Jason B. Binford (TX 24045499)
Shiva D. Beck (TX 24086882)
Melina N. Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Ste. 1600
Dallas, Texas 75201
Telephone: (214) 999.3000
Facsimile: (214) 999.4667
honeil@foley.com

**COUNSEL FOR HIGHLAND CLO FUNDING,**
**LTD., CLO HOLDCO, LTD. AND NEUTRA, LTD.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ACIS CAPITAL MANAGEMENT, L.P.,** | § | **Case No. 18-30264-SGJ7** |
| | § | |
| **Alleged Debtor.** | § | |

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ACIS CAPITAL MANAGEMENT, GP,** | § | **Case No. 18-30265-SGJ7** |
| **L.L.C.,** | § | |
| | § | |
| **Alleged Debtor.** | § | |

### NOTICE OF APPEARANCE AND
### <u>REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that Holland N. O'Neil, Jason B. Binford, Shiva D. Beck, Melina N. Bales and the law firm of Foley Gardere, Foley & Lardner LLP, attorneys for Highland CLO Funding, Ltd., CLO Holdco, Ltd. and Neutra, Ltd. (collectively, the "**Equity Holders**"), parties-in-interest in the above-referenced matter, and pursuant to Rules 2002, 3017, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon them at the following address:

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**      **Page 1**
4840-5970-3906.1

Holland N. O'Neil (TX 14864700)
Jason B. Binford (TX 24045499)
Shiva D. Beck (TX 24086882)
Melina N. Bales (TX 24106851)
FOLEY GARDERE
FOLEY & LARDNER LLP
2021 McKinney Avenue, Ste. 1600
Dallas, Texas 75201
Telephone: (214) 999.3000
Facsimile: (214) 999.4667
honeil@foley.com
jbinford@foley.com
sbeck@foley.com
mbales@foley.com

Please take further notice that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and includes, without limitation, any plans of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of the Equity Holders (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) respecting in personam jurisdiction, or (v) any other rights, claims, actions, setoffs, or recoupments to which the Equity Holders are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  April 18, 2018

Respectfully submitted,

*/s/ Holland N. O'Neil*
Holland N. O'Neil (TX 14864700)
Jason B. Binford (TX 24045499)
Shiva D. Beck (TX 24086882)
Melina Bales (TX 24106851)
FOLEY GARDERE
FOLEY & LARDNER LLP
2021 McKinney Avenue, Ste. 1600
Dallas, Texas  75201
Telephone:  (214) 999.3000
Facsimile:  (214) 999.4667
honeil@foley.com
jbinford@foley.com
sbeck@foley.com
mbales@foley.com

**COUNSEL FOR HIGHLAND CLO FUNDING, LTD., CLO HOLDCO, LTD. AND NEUTRA, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served electronically by the Court's PACER system on April 18, 2018.

*/s/Melina N. Bales*
Melina N. Bales

Paul R. Bessette, State Bar No. 02263050
KING & SPALDING LLP
500 West 2nd St., Suite 1800
Austin, TX 78701-4684
(512) 457-2000 (phone)
(512) 457-2100 (fax)
pbessette@kslaw.com

ATTORNEY FOR
HIGHLAND CLO FUNDING, LTD.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 CASES |
| | § | |
| ACIS CAPITAL MANAGEMENT, L.P., *et al.* | § | CASE NO. 18-30264-sgj11 |
| | § | (Jointly Administered) |
| Debtors. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned counsel for Highland CLO Funding, Ltd. enter this appearance pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and further requests that all notices, papers, pleadings, motions, and application served, or required to be served, under Bankruptcy Rules 2002, 3017, and 9007, be given and served upon:

Paul R. Bessette
KING & SPALDING LLP
500 West 2nd St., Suite 1800
Austin, TX 78701-4684
(512) 457-2000 (phone)
(512) 457-2100 (fax)
pbessette@kslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether informal or formal, whether written or oral, and whether transmitted or conveyed by mail, courier, telephone, facsimile, telegraph, telex, the Court's EM/CMF System or otherwise, that pertain to the above-referenced cases and proceedings therein.

This Notice of Appearance and Request for Notice is without prejudice to Highland CLO Funding, Ltd.'s remedies and claims against any other entities or any objection that may be made. This Notice shall not be deemed or construed to be a waiver of the rights of the undersigned party appearing through counsel: (1) to have final orders in noncore matters entered only after *de novo* review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in these cases, controversies, or proceeding related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to have its claims or other rights adjudicated pursuant to any rights of arbitration; or (5) to any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions defenses, setoffs, and recoupments are hereby expressly reserved. All of the above rights are expressly reserved and preserved including, without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated June 8, 2018                    Respectfully submitted,

                                      KING & SPALDING LLP

                                      _____/s/ Paul R. Bessette___
                                      Paul R. Bessette
                                      Michael J. Biles
                                      Jill R. Carvalho
                                      Rebecca Matsumura
                                      500 West 2nd Street, Suite 1800
                                      Austin, TX 78701-4684
                                      (512) 457-2000 (phone)
                                      (512) 457-2100 (fax)
                                      pbessette@kslaw.com
                                      mbiles@kslaw.com
                                      jcarvalho@kslaw.com
                                      rmatsumura@kslaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, a true and a correct copy of this document was served via the U.S. Bankruptcy Court for the North District of Texas's ECF system, which gives notice to all counsel of record.


                                      _____/s/ Paul R. Bessette_____
                                      Paul R. Bessette