Mark M. Maloney (GA 468104) (admitted *pro hac vice*)
Rebecca Matsumura (TX 24098053)
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: 404-572-4600
Fax: 404-572-5100
mmaloney@kslaw.com

**COUNSEL FOR HEATHER BESTWICK
AND WILLIAM SCOTT**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>ACIS CAPITAL MANAGEMENT, L.P.,<br>ACIS CAPITAL MANAGEMENT GP, LLC,<br><br>DEBTORS | § § § § § § § § § | Case No. 18-30264-SGJ-11<br>Case No. 18-30265-SGJ-11<br><br>(Jointly Administered Under Case No. 18-30264-SGJ-11)<br><br>Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P.,<br>ACIS CAPITAL MANAGEMENT GRP, LLC,<br>Reorganized Debtors<br><br>PLAINTIFFS<br><br>JAMES DONDERO, FRANK WATERHOUSE, SCOTT ELLINGTON, HUNTER COVITZ, ISAAC LEVENTON, JEAN PAUL SEVILLA, THOMAS SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD.<br><br>DEFENDANTS. | § § § § § § § § § § § § § § § § § | Adversary No. 20-03060 |

**AGREED MOTION TO EXTEND DEADLINE FOR
CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT**

Plaintiffs Acis Capital Management, L.P. and Acis Capital Management GP, LLC (collectively, "Plaintiffs") and Defendants Heather Bestwick and William Scott (collectively

1

"Defendants") file this *Agreed Motion to Extend Deadline for Certain Defendants to Respond to Complaint*, and respectfully state the following:

1. On April 11, 2020, Plaintiffs filed the *Original Complaint* [ECF No. 1] against the Defendants, among other parties.

2. On April 13, 2020, this Court issued the *Summons in an Adversary Proceeding* [ECF No. 4]. Subject to the agreement set forth in this motion, Defendants acknowledge that they have been served, conditionally on reserving all their rights (including their rights to move to dismiss for lack of personal jurisdiction).[1]

3. Plaintiffs and Defendants agree that Defendants' deadline to file responsive pleadings should be extended until **June 22, 2020**.

4. Plaintiffs and Defendants submit that good cause exists for the requested extension under Federal Rule of Civil Procedure 16, made applicable in this adversary proceeding by Federal Rule of Bankruptcy Procedure 7016(a), because Defendants continue to consider the Plaintiffs' claims and their responses to them (including as to any motion to dismiss for lack of personal jurisdiction).

5. The requested extension is not for the purpose of delay, but so that justice may be done.

Accordingly, Plaintiffs and Defendants respectfully request that the Court grant the requested extension.

---

[1] Without prejudice to the foregoing, Defendants further state that they do not consent to the entry of final orders by the Bankruptcy Court on Count 7 of the *Original Complaint*.

Dated: May 13, 2020                                           Respectfully submitted,

| | |
|---|---|
| **ROGGE DUNN GROUP, PC**<br><br>*/s/ Brian P. Shaw*<br>Brian P. Shaw<br>State Bar No. 24053473<br>500 N. Akard St., Suite 1900<br>Dallas, Texas 75201<br>Telephone: (214) 888-5000<br>Facsimile: (214) 220-3833<br>shaw@roggedunngroup.com<br><br>Rakhee V. Patel<br>State Bar No. 00797213<br>Phillip Lamberson State<br>Bar No. 00794134 Jason A. Enright<br>State Bar No. 24087475<br>Annmarie Chiarello State<br>Bar No. 24097496<br>**WINSTEAD PC**<br>500 Winstead Building 2728<br>N. Harwood Street Dallas,<br>Texas 75201<br>Telephone: (214) 745-5400<br>Facsimile: (214) 745-5390<br>rpatel@winstead.com<br>plamberson@winstead.com<br><br>*Counsel for Plaintiffs* | **KING & SPALDING LLP**<br><br>*/s/ Mark M. Maloney*<br>Mark M. Maloney<br>Georgia Bar No. 468104 (admitted *pro hac vice*)<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br>Tel: 404-572-4600<br>mmaloney@kslaw.com<br><br>Rebecca Matsumura<br>Texas Bar No. 24098053<br>500 West 2nd St., Suite 1800<br>Austin, TX 78701-4684<br>(512) 457-2000 (phone)<br>rmatsumura@kslaw.com<br><br>*Counsel for Heather Bestwick and William Scott* |

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Brian Shaw, counsel for the Plaintiffs, via email before filing this Motion. On May 13, 2020, he confirmed that Plaintiffs agree to the relief requested herein.

/s/ Rebecca Matsumura
Rebecca Matsumura

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served electronically by the Court's PACER system on May 13, 2020.

/s/Rebecca Matsumura
Rebecca Matsumura