HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone/Facsimile: (972) 755-7100

*Local Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC,<br>Reorganized Debtors,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DONDERO, FRANK WATERHOUSE, SCOTT ELLINGTON, HUNTER COVITZ, ISAAC LEVENTON, JEAN PAUL SEVILLA, THOMAS SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD.,<br><br>Defendants.<br><br>and<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Proposed Intervenor Defendant. | Adversary Proceeding No.<br>20-3060-sgj |

1

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND OTHER PAPERS

Melissa S. Hayward of Hayward PLLC, as local counsel for Highland Capital Management, L.P., appears in the above-captioned adversary proceeding (the "Adversary Proceeding"). Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Ms. Hayward requests that all notices, motions, pleadings, orders, and other documents filed, served, or entered in this Adversary Proceeding be served upon the undersigned at the following address:

> Melissa S. Hayward
> MHayward@HaywardFirm.com
> **HAYWARD PLLC**
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas 75231

This *Notice of Appearance and Request for Service of Notices and Other Papers* (the "Notice of Appearance") is not a waiver of any rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this Adversary Proceeding or any case, controversy, or proceeding related to this Adversary Proceeding; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 13, 2021.

**HAYWARD PLLC**

*/s/ Melissa S. Hayward*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel./Fax: (972) 755-7100

*Local Counsel for Highland Capital Management, L.P.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on December 13, 2021, a true and correct copy of the foregoing Notice of Appearance has been served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this Adversary Proceeding.

                                           */s/ Melissa S. Hayward*
                                           Melissa S. Hayward