| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | HAYWARD PLLC |
| Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac vice*) | Melissa S. Hayward |
| John A. Morris (NY Bar No. 266326) (*pro hac vice)* | Texas Bar No. 24044908 |
| Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*) | MHayward@HaywardFirm.com |
| Hayley R. Winograd (NY Bar No. 5612569) (*pro hac vice*) | Zachery Z. Annable |
| 10100 Santa Monica Blvd., 13th Floor | Texas Bar No. 24053075 |
| Los Angeles, CA 90067 | ZAnnable@HaywardFirm.com |
| Telephone: (310) 277-6910 | 10501 N. Central Expy, Ste. 106 |
| Facsimile: (310) 201-0760 | Dallas, Texas 75231 |
| | Tel: (972) 755-7100 |
| | Fax: (972) 755-7110 |

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC, <br><br> Debtors. | § § § § § § § § § | Chapter 11 <br><br> Case No. 18-30264-sgj11 <br> Case No. 18-30265-sgj11 <br><br> (Jointly Administered Under Case No. 18-30264-sgj11) |
| ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC, Reorganized Debtors, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES DONDERO, FRANK WATERHOUSE, SCOTT ELLINGTON, HUNTER COVITZ, ISAAC LEVENTON, JEAN PAUL SEVILLA, THOMAS SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD., <br><br> Defendants. <br><br> and <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Proposed Intervenor Defendant. | § § § § § § § § § § § § § § § § § § § § § § § | Adversary Proceeding No. 20-03060-sgj |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP hereby appears as

lead counsel to the Proposed Intervenor/Defendant, Highland Capital Management, L.P, and

hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given as follows:

>Jeffrey N. Pomerantz
>John A. Morris
>Gregory V. Demo
>Hayley R. Winograd
>PACHULSKI STANG ZIEHL & JONES LLP
>10100 Santa Monica Blvd., 13th Floor
>Los Angeles, CA 90067
>Telephone: (310) 277-6910
>Facsimile: (310) 201-0760
>Email: jpomerantz@pszjlaw.com
>         jmorris@pszjlaw.com
>         gdemo@pszjlaw.com
>         hwinograd@pszjlaw.com

The foregoing request includes, without limitation, all notices, papers, and disclosure statements referred to in FED. R. BANKR. P. 2002, 3017, and 9007, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise.

Dated: December 13, 2021        **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac vice*)
John A. Morris (NY Bar No. 266326) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email:     jpomerantz@pszjlaw.com
           ikharasch@pszjlaw.com
           jmorris@pszjlaw.com
           gdemo@pszjlaw.com
           hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## CERTIFICATE OF SERVICE

      This is to certify that, on December 13, 2021, a true and correct copy of the foregoing Notice of Appearance was served electronically via the Court's ECF system on those parties registered to receive electronic notice in the above-captioned adversary proceeding.

                                                        */s/ Zachery Z. Annable*
                                                        Zachery Z. Annable