Alexander R. Hernandez
Texas Bar No. 24106086
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, & MENSING, P.C.**
1221 McKinney St.,
Suite 2500
Houston, Texas 77010
O: (713) 600-4974
ahernandez@azalaw.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** § | **Case No. 18-30264-SGJ-11** |
| § | **Case No. 18-30265-SGJ-11** |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | |
| **ACIS CAPITAL MANAGEMENT GP,** § | **(Jointly Administered Under Case** |
| **LLC,** § | **No. 18-30264-SGJ-11)** |
| § | |
| **DEBTORS.** § | **Chapter 11** |
| § | |

| | | |
|---|---|---|
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | |
| **ACIS CAPITAL MANAGEMENT GP, LLC,** § | |
| **Reorganized Debors,** § | |
| § | |
| **Plaintiffs.** § | **Adversary No. 20-03060-sgj** |
| § | |
| v. § | |
| § | |
| **JAMES DONDERO, FRANK** § | |
| **WATERHOUSE, SCOTT ELLINGTON,** § | |
| **HUNTER COVITZ, ISAAC LEVENTON,** § | |
| **JEAN PAUL SEVILLA, THOMAS** § | |
| **SURGENT, GRANT SCOTT, HEATHER** § | |
| **BESTWICK, WILLIAM SCOTT, AND** § | |
| **CLO HOLDCO, LTD.,** § | |
| § | |
| **Defendants.** § | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby enters his appearance as counsel pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned case as counsel to Acis Capital Management, L.P. and Acis Capital Management GP, LLC (together, "Acis"). Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, the undersigned requests that all notices given or required to be given in this case be given and served upon:

> Alexander R. Hernandez
> Texas Bar No. 24106086
> **AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, & MENSING, P.C.**
> 1221 McKinney St., Suite 2500
> Houston, Texas 77010
> O: (713) 600-4974
> ahernandez@azalaw.com

Please take further notice that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, electronically or otherwise filed or served with regard to the referenced cases and proceedings therein.

This Notice shall not be deemed or construed to be a waiver of any rights, including, without limitation, the right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case controversy, or proceeding related to these cases, (3) any consent to the exercise of the Court's jurisdiction, or (4) to have the District Court withdraw the reference in any matter subject to withdrawal, or any other rights, claims, actions, defenses, setoffs, or recoupment, all of which are hereby expressly reserved.

Dated:  January 27, 2022.

Respectfully submitted,

/s/ *Alexander R. Hernandez*
Alexander R. Hernandez
Texas Bar No. 24106086
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, & MENSING, P.C.**
1221 McKinney St.,
Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
ahernandez@azalaw.com

**ATTORNEY FOR ACIS**

**CERTIFICATE OF SERVICE**

On January 27, 2022, a true and correct copy of the foregoing document was served on all persons receiving notice and service of pleadings through the Court's CM/ECF system.

/s/ *Alexander R. Hernandez*
Alexander R. Hernandez