

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 6, 2022**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | Case No. 18-30264-SGJ-11 |
| § | Case No. 18-30265-SGJ-11 |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | |
| **ACIS CAPITAL MANAGEMENT GP,** § | **(Jointly Administered Under Case** |
| **LLC,** § | **No. 18-30264-SGJ-11)** |
| § | |
| Debtors. § | **Chapter 11** |

| | | |
|---|---|---|
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | |
| **ACIS CAPITAL MANAGEMENT GP,** § | |
| **LLC, Reorganized Debtors,** § | **Adversary No. 20-03060-SGJ** |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | |
| § | |
| **JAMES DONDERO, FRANK** § | |
| **WATERHOUSE, SCOTT ELLINGTON,** § | |
| **HUNTER COVITZ, ISAAC LEVENTON,** § | |
| **JEAN PAUL SEVILLA, THOMAS** § | |
| **SURGENT, GRANT SCOTT, HEATHER** § | |
| **BESTWICK, WILLIAM SCOTT, AND** § | |
| **CLO HOLDCO, LTD.,** § | |
| § | |
| Defendants. § | |

_____

## ORDER ON *ACIS' WITHDRAWAL OF ITS MOTION TO AMEND ORDER AND REQUEST FOR ATTORNEYS' FEES*

The Court has considered the *Withdrawal of its Motion to Amend Order and Request for Attorneys' Fees* (the "Motion to Withdraw")[1] [Adv. Docket No. 60] filed by Acis Capital Management, L.P. ("Acis LP") and Acis Capital Management GP, LLC ("Acis GP," and together with Acis LP, the "Reorganized Debtors," "Debtors," "Acis" or "Plaintiffs"), the Reorganized Debtors in the above-styled and jointly administered bankruptcy cases (the "Bankruptcy Cases") and Plaintiffs in the above-styled adversary proceeding (the "Adversary Proceeding"). In the Motion to Withdraw, Acis seeks to withdraw its *Motion to Amend Order and Request for Attorneys' Fees* (the "Motion to Amend) [Adv. Docket No. 58] without prejudice to the refiling of same. A joinder to the Motion to Withdraw (the "Joinder") [Adv. Docket No. 61] was filed by Highland Capital Management, L. P. Having considered the Motion to Withdraw and the Joinder, the Court finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding under 28 U.S.C. § 157(b)(2); (iii) notice of the Motion to Withdraw was proper, and (iv) cause exists to grant the Motion to Withdraw.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw is hereby **GRANTED**; and,

**IT IS FURTHER ORDERED** that Acis' Motion to Amend is hereby withdrawn from the docket in the Adversary Proceeding without prejudice to the refiling of same.

### END OF ORDER ###

---

[1] Although styled as a "withdrawal" rather than a "motion," the Motion to Withdraw includes a prayer for relief thus necessitating the entry of this agreed order.

**ORDER SUBMITTED BY:**

*/s/ Joseph Y. Ahmad*
Joseph Y. Ahmad
**ATTORNEY IN CHARGE**
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alexander R. Hernandez
Texas Bar No. 24106086
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, & MENSING, P.C.**
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
ahernandez@azalaw.com


Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com


**COUNSEL FOR ACIS**

**AGREED TO BY:**

*/s/ Gregory V. Demo*
Jeffrey N. Pomerantz (CA Bar No.143717) (*pro hac vice*)
John A. Morris (NY Bar No. 266326) (*pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

-and-

Melissa S. Hayward
Texas Bar No. 24044908
Zachery Z. Annable
Texas Bar No. 24053075
**HAYWARD PLLC**
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110
MHayward@HaywardFirm.com
ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*