Joseph Y. Ahmad
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alexander R. Hernandez
Texas Bar No. 24106086
**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI, & MENSING, P.C.**
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
ahernandez@azalaw.com

Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com

**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P.
AND ACIS CAPITAL MANAGEMENT GP, LLC**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** <br><br> **ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC,** <br><br> Debtors. | § § § § § § § § | **Case No. 18-30264-SGJ-11** <br> **Case No. 18-30265-SGJ-11** <br><br> **(Jointly Administered Under Case No. 18-30264-SGJ-11)** <br><br> **Chapter 11** |
| **ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC, Reorganized Debtors,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **JAMES DONDERO, FRANK WATERHOUSE, SCOTT ELLINGTON, HUNTER COVITZ, ISAAC LEVENTON, JEAN PAUL SEVILLA, THOMAS SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD.,** <br><br> **Defendants.** | § § § § § § § § § § § § § § § § § § | **Adversary No. 20-03060-SGJ** |

**ACIS' NOTICE OF INTENT TO OFFER MATERIALS FOR JUDICIAL NOTICE RE GRANT SCOTT'S MOTION TO DISMISS - Page 1**

## ACIS' NOTICE OF INTENT TO OFFER MATERIALS FOR JUDICIAL NOTICE DURING FEBRUARY 9, 2022 HEARING ON DEFENDANT GRANT SCOTT'S MOTION TO DISMISS

Acis Capital Management, L.P. and Acis Capital Management GP, LLC (together, "Acis") file this Notice of Intent to Offer Materials for Judicial Notice during the upcoming February 9, 2022 hearing on Defendant Grant Scott's Motion to Dismiss (Dkt. #21). In support, Acis would respectfully show the Court the following:

### I.  SUMMARY

During oral argument on Defendant Grant Scott's Motion to Dismiss, Acis may request the Court take judicial notice of one or more of the record items cited herein, which consist of this Court's prior findings in the Acis bankruptcy proceeding, No. 18-30264, as well as testimony from hearing transcripts from that proceeding.

### II.  DISCUSSION

**A.  The Court may take judicial notice of filings, orders, judgments, and hearing transcripts.**

Among other things, courts may consider matters of which they may take judicial notice when considering a motion to dismiss for failure to state claim. *Lovelace v. Software Spectrum Inc.*, 78 F.3d 1015, 1017–18 (5th Cir. 1996). Such matters include the judicial record in prior related proceedings, *Reneker v. Offill*, No. CIV.A. 3:08-CV-1394-, 2010 WL 1541350, at *5 (N.D. Tex. Apr. 19, 2010), and matters of public record. *Crear v. JPMorgan Chase Bank, N.A.*, 491 F. Supp. 3d 207, 212 (N.D. Tex. 2020). Accordingly, it is proper for the Court to consider "filings, order, and judgments" from prior lawsuits, *Crear*, 491 F. Supp. 3d at 212, as well as hearing transcripts. *In re Black Elk Energy Offshore Operations, LLC*, No. 15-34287, 2021 WL 346226,

at *5 (Bankr. S.D. Tex. Feb. 1, 2021) (citing, as an example, *In re Jetstar Partners, Ltd.*, 2013 WL 365111, at *1 (Bankr. N.D. Tex. Jan. 29, 2013)).

**B.    The Court should take judicial notice of its prior findings from the Acis bankruptcy proceeding, as well as hearing transcripts from that proceeding.**

Considering the above authority, the Court may and should take judicial notice of the following in determining whether to grant or deny Grant Scott's Motion to Dismiss:

- The Court's prior finding that the "ALF Share Transfer"[1] was rendered four days after Josh Terry received an almost $8 million arbitration award against Acis. *See* Ex. A, "Findings of Fact and Conclusions of Law in Support of Orders for Relief Issued After Trial on Contested Involuntary Bankruptcy Petitions," *In re Acis*, No. 18-30264, Dkt. # 118, at 17.

- Its prior finding that "[n]o credible business justification was offered for" the ALF Share Transfer. *See id.* at 18.

- Its prior finding that "[t]he document effectuating [the ALF Share Transfer] was signed by Frank Waterhouse, Treasurer for and on behalf of Acis LP, acting by its general partner, Acis GP/LLC." *Id.* at 19.

- James Dondero's prior hearing testimony that he has known Grant Scott "for a long time." *See* Ex. B, Hearing Transcript from March 23, 2018, *In re Acis*, No. 18-30264, Dkt. # 99, at 158:6-7.

- Mark Okada's prior hearing testimony that Grant Scott is a "friend [of] Highland" Capital[2] and that James Dondero and Grant Scott "go way back; twenty, thirty years." *Id.* at 23:25–24:1.

- Mark Okada's prior hearing testimony that CLO HoldCo has a "management contract with Highland [Capital] to manage its investments." *Id.* at 71:11–72:1.

- Mark Okada's prior hearing testimony that the capital that initially capitalized CLO HoldCo was "a donation from Highland." *Id.* at 72:9-11.

---

[1] This term is defined here as it is defined in Acis' Complaint, at ¶ 86.

[2] "Highland Capital" refers to Highland Capital Management, L.P.

---

**ACIS' NOTICE OF INTENT TO OFFER MATERIALS FOR JUDICIAL NOTICE RE GRANT SCOTT'S MOTION TO DISMISS - Page 3**

### III. CONCLUSION AND PRAYER

For these reasons, the Court should take judicial notice of the material cited herein in considering Grant Scott's Motion to Dismiss.

Respectfully submitted,

*/s/ Joseph Y. Ahmad*
Joseph Y. Ahmad
**ATTORNEY IN CHARGE**
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alexander R. Hernandez
Texas Bar No. 24106086
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, & MENSING, P.C.**
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
ahernandez@azalaw.com


Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com


**COUNSEL FOR ACIS**

## **CERTIFICATE OF SERVICE**

  I certify that on February 8, 2022, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this adversary proceeding pursuant to the Electronic Filing Procedures in this District.

            */s/  Alex Hernandez*
            Alex Hernandez