

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 17, 2022**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | Case No. 18-30264-SGJ-11 |
| § | Case No. 18-30265-SGJ-11 |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | |
| **ACIS CAPITAL MANAGEMENT GP,** § | **(Jointly Administered Under Case** |
| **LLC,** § | **No. 18-30264-SGJ-11)** |
| § | |
| Debtors. § | **Chapter 11** |
| | |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | |
| **ACIS CAPITAL MANAGEMENT GP,** § | |
| **LLC, Reorganized Debtors,** § | **Adversary No. 20-03060-SGJ** |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | |
| § | |
| **JAMES DONDERO, FRANK** § | |
| **WATERHOUSE, SCOTT ELLINGTON,** § | |
| **HUNTER COVITZ, ISAAC LEVENTON,** § | |
| **JEAN PAUL SEVILLA, THOMAS** § | |
| **SURGENT, GRANT SCOTT, HEATHER** § | |
| **BESTWICK, WILLIAM SCOTT, AND** § | |
| **CLO HOLDCO, LTD.,** § | |
| § | |
| Defendants. | |

**ORDER DENYING DEFENDANT GRANT SCOTT'S MOTION TO DISMISS**
_____

## **ORDER DENYING DEFENDANT GRANT SCOTT'S MOTION TO DISMISS**

On February 9, 2022, the Court held a hearing regarding Defendant Grant Scott's Motion to Dismiss ("Motion"), [Dkt. #21], filed pursuant to Federal Bankruptcy Rule 7012(b)(6). The Motion is **DENIED**, the Court having considered the briefing, the arguments of counsel, and all relevant authority.

## END OF ORDER ##

**ORDER SUBMITTED BY:**

*/s/ Joseph Y. Ahmad*
Joseph Y. Ahmad
**ATTORNEY IN CHARGE**
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alexander R. Hernandez
Texas Bar No. 24106086
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, & MENSING, P.C.**
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
ahernandez@azalaw.com

Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com

**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P.
AND ACIS CAPITAL MANAGEMENT GP, LLC**

---

**ORDER DENYING DEFENDANT GRANT SCOTT'S MOTION TO DISMISS**