

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 17, 2022**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | Case No. 18-30264-SGJ-11 |
| § | | Case No. 18-30265-SGJ-11 |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | | |
| **ACIS CAPITAL MANAGEMENT GP,** § | | (Jointly Administered Under Case |
| **LLC,** § | | No. 18-30264-SGJ-11) |
| § | | |
| Debtors. § | | Chapter 11 |
| | | |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | | |
| **ACIS CAPITAL MANAGEMENT GP,** § | | |
| **LLC, Reorganized Debtors,** § | | **Adversary No. 20-03060-SGJ** |
| § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | | |
| § | | |
| **JAMES DONDERO, FRANK** § | | |
| **WATERHOUSE, SCOTT ELLINGTON,** § | | |
| **HUNTER COVITZ, ISAAC LEVENTON,** § | | |
| **JEAN PAUL SEVILLA, THOMAS** § | | |
| **SURGENT, GRANT SCOTT, HEATHER** § | | |
| **BESTWICK, WILLIAM SCOTT, AND** § | | |
| **CLO HOLDCO, LTD.,** § | | |
| § | | |
| Defendants. § | | |

**ORDER DENYING DEFENDANT GRANT SCOTT'S MOTION TO DISMISS**

## **ORDER DENYING DEFENDANT GRANT SCOTT'S MOTION TO DISMISS**

On February 9, 2022, the Court held a hearing regarding Defendant Grant Scott's Motion to Dismiss ("Motion"), [Dkt. #21], filed pursuant to Federal Bankruptcy Rule 7012(b)(6). The Motion is **DENIED**, the Court having considered the briefing, the arguments of counsel, and all relevant authority.

## END OF ORDER ##

**ORDER SUBMITTED BY:**

*/s/ Joseph Y. Ahmad*
Joseph Y. Ahmad
**ATTORNEY IN CHARGE**
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alexander R. Hernandez
Texas Bar No. 24106086
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI, & MENSING, P.C.**
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
ahernandez@azalaw.com

Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com

**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P.
AND ACIS CAPITAL MANAGEMENT GP, LLC**

United States Bankruptcy Court

Northern District of Texas

Acis Capital Management, L.P.,
    Plaintiff

Dondero,
    Defendant

Adv. Proc. No. 20-03060-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Feb 17, 2022      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 17 2022 21:15:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Robert Forshey | on behalf of Plaintiff Acis Capital Management GP LLC bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jjones@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| J. Robert Forshey | on behalf of Plaintiff Acis Capital Management L.P. bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jjones@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Jason Alexander Enright | on behalf of Plaintiff Acis Capital Management GP LLC jenright@winstead.com |

District/off: 0539-3 User: admin Page 2 of 2
Date Rcvd: Feb 17, 2022 Form ID: pdf001 Total Noticed: 1

| | |
|---|---|
| Jason Alexander Enright | on behalf of Plaintiff Acis Capital Management L.P. jenright@winstead.com |
| Jeff P. Prostok | on behalf of Plaintiff Acis Capital Management L.P. jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Plaintiff Acis Capital Management GP LLC jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant Grant Scott jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |
| John Y. Bonds, III | on behalf of Defendant James Dondero john@bondsellis.com |
| Joseph Ahmad | on behalf of Plaintiff Acis Capital Management GP LLC joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com |
| Joseph Ahmad | on behalf of Plaintiff Acis Capital Management L.P. joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com |
| Melissa S. Hayward | on behalf of Interested Party Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael Justin Lang | on behalf of Defendant James Dondero mlang@cwl.law nvazquez@cwl.law;aohlinger@cwl.law;jgonzales@cwl.law;vpatterson@cwl.law |
| Rakhee V. Patel | on behalf of Plaintiff Acis Capital Management GP LLC rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Rakhee V. Patel | on behalf of Plaintiff Acis Capital Management L.P. rpatel@winstead.com, dgalindo@winstead.com;achiarello@winstead.com |
| Shawn M. Bates | on behalf of Plaintiff Acis Capital Management L.P. sbates@azalaw.com |
| Suzanne K. Rosen | on behalf of Plaintiff Acis Capital Management GP LLC srosen@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Suzanne K. Rosen | on behalf of Plaintiff Acis Capital Management L.P. srosen@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Zachery Z. Annable | on behalf of Interested Party Highland Capital Management L.P. zannable@haywardfirm.com |

TOTAL: 19