Joseph Y. Ahmad
**ATTORNEY IN CHARGE**
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alexander R. Hernandez
Texas Bar No. 24106086
Alexander M. Dvorscak
Texas Bar No. 24120461
Federal Bar No. 3610557
**AHMAD, ZAVITSANOS, & MENSING, P.C.**
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
ahernandez@azalaw.com
advorscak@azalaw.com

and

Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com
**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P. and ACIS CAPITAL MANAGEMENT GP, LLC**

John Kane
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street
Suite 5200
Dallas, Texas 75202-3705
Telephone: (214) 777-4200
Telecopy: (214) 777-4299
jkane@krcl.com

**COUNSEL FOR GRANT SCOTT**

**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

**COUNSEL FOR CLO HOLDCO LTD**

Michael Lang
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Ave., Suite 2390
Dallas, Texas 75201
Mlang@cwl.law
D: (214) 817-4503

**COUNSEL FOR JAMES DONDERO**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Case No. 18-30264-SGJ-11** |
| § | | **Case No. 18-30265-SGJ-11** |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | | |
| **ACIS CAPITAL MANAGEMENT GP, LLC,** § | | **(Jointly Administered Under Case No. 18-30264-SGJ-11)** |
| § | | |
| Debtors. § | | **Chapter 11** |
| | | |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § | | |
| **ACIS CAPITAL MANAGEMENT GP, LLC, Reorganized Debtors,** § | | **Adversary No. 20-03060-SGJ** |

|  |  |
|---|---|
| **Plaintiffs,** | § |
|  | § |
| vs. | § |
|  | § |
| JAMES DONDERO, FRANK WATERHOUSE, SCOTT ELLINGTON, HUNTER COVITZ, ISAAC LEVENTON, JEAN PAUL SEVILLA, THOMAS SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD., | § § § § § § § § |
|  | § |
| **Defendants.** |  |

## NOTICE OF FIRM NAME CHANGE

Please take notice that the law firm of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, PC has changed its name to Ahmad, Zavitsanos & Mensing, PC, effective immediately. The office address, telephone number, facsimile number and email addresses have not changed.

Respectfully submitted,

AHMAD, ZAVITSANOS & MENSING, PC

*/s/ Joseph Y. Ahmad*
Joseph Y. Ahmad
**ATTORNEY IN CHARGE**
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alexander R. Hernandez
Texas Bar No. 24106086
Alexander M. Dvorscak
Texas Bar No. 24120461
Federal Bar No. 3610557
**Ahmad, Zavitsanos, & Mensing, P.C.**
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone

(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
ahernandez@azalaw.com
advorscak@azalaw.com

**CERTIFICATE OF SERVICE**

I certify that on May 12, 2022, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this adversary proceeding pursuant to the Electronic Filing Procedures in this District.

*/s/ Joseph Y. Ahmad*
Joseph Y. Ahmad