

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 17, 2022**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-30264-SGJ-11 |
| | § | |
| ACIS CAPITAL MANAGEMENT, LP, | § | |
| ACIS CAPITAL MANAGEMENT GP, LLC | § | Chapter 11 |
| | § | |
| Debtors. | § | |
| | § | |
| ACIS CAPITAL MANAGEMENT, LP, | § | |
| ACIS CAPITAL MANAGEMENT, GP, LLC, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| v. | § | Adversary No.: 20-03060-sgj |
| | § | |
| JAMES DONDERO, GRANT SCOTT, and | § | |
| CLO HOLDCO, LTD., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO**
**WITHDRAW AS COUNSEL FOR DEFENDANT JAMES DONDERO**

On this date, the Court considered the *Unopposed Motion to Withdraw as Counsel for Defendant James Dondero* (the "Motion")[1] filed by John Y. Bonds, III, Joshua N. Eppich, John T. Wilson IV, Bryan C. Assink, and the firm of Bonds Ellis Eppich Schafer Jones LLP (collectively, the "Firm"), requesting that this Court authorize the Firm to withdraw as counsel for James Dondero ("Mr. Dondero") in the above-captioned adversary proceeding. Upon consideration of the Motion, the Court finds that the Motion is well taken and should be granted. Accordingly, the Court finds that just cause exists for entry of the following order. It is therefore **ORDERED** as follows:

1. The Motion is hereby **GRANTED**.

2. The Firm, including each of its attorneys, are permitted to withdraw as counsel for Mr. Dondero in the above-captioned adversary proceeding and are deemed withdrawn effective as of the entry of this Order.

3. The Clerk of this Court and all parties are directed to remove the Firm and each of the Firm's attorneys as attorneys for Mr. Dondero on the docket in this case.

### End of Order ###

Order submitted by:

John Y. Bonds, III – State Bar ID 02589100
Joshua N. Eppich – State Bar ID 24050567
John T. Wilson IV – State Bar ID 24033344
Bryan C. Assink – State Bar ID 24089009
**Bonds Ellis Eppich Schafer Jones LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

**WITHDRAWING COUNSEL FOR
DEFENDANT JAMES DONDERO**

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.