

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**



**Signed August 17, 2022**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-30264-SGJ-11 |
| | § | |
| ACIS CAPITAL MANAGEMENT, LP, | § | |
| ACIS CAPITAL MANAGEMENT GP, LLC | § | Chapter 11 |
| | § | |
| Debtors. | § | |
| | § | |
| ACIS CAPITAL MANAGEMENT, LP, | § | |
| ACIS CAPITAL MANAGEMENT, GP, LLC, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| v. | § | |
| | § | Adversary No.: 20-03060-sgj |
| JAMES DONDERO, GRANT SCOTT, and | § | |
| CLO HOLDCO, LTD., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO**
**WITHDRAW AS COUNSEL FOR DEFENDANT JAMES DONDERO**

On this date, the Court considered the *Unopposed Motion to Withdraw as Counsel for Defendant James Dondero* (the "Motion")[1] filed by John Y. Bonds, III, Joshua N. Eppich, John T. Wilson IV, Bryan C. Assink, and the firm of Bonds Ellis Eppich Schafer Jones LLP (collectively, the "Firm"), requesting that this Court authorize the Firm to withdraw as counsel for James Dondero ("Mr. Dondero") in the above-captioned adversary proceeding. Upon consideration of the Motion, the Court finds that the Motion is well taken and should be granted. Accordingly, the Court finds that just cause exists for entry of the following order. It is therefore **ORDERED** as follows:

1. The Motion is hereby **GRANTED**.

2. The Firm, including each of its attorneys, are permitted to withdraw as counsel for Mr. Dondero in the above-captioned adversary proceeding and are deemed withdrawn effective as of the entry of this Order.

3. The Clerk of this Court and all parties are directed to remove the Firm and each of the Firm's attorneys as attorneys for Mr. Dondero on the docket in this case.

### End of Order ###

Order submitted by:

John Y. Bonds, III – State Bar ID 02589100
Joshua N. Eppich – State Bar ID 24050567
John T. Wilson IV – State Bar ID 24033344
Bryan C. Assink – State Bar ID 24089009
**Bonds Ellis Eppich Schafer Jones LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

**WITHDRAWING COUNSEL FOR
DEFENDANT JAMES DONDERO**

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

United States Bankruptcy Court
Northern District of Texas

Acis Capital Management, L.P.,
    Plaintiff

Adv. Proc. No. 20-03060-sgj

Dondero,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Aug 17, 2022      Form ID: pdf001      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 17 2022 21:45:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 17 2022 21:45:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

**Name      Email Address**

Bryan C. Assink
     on behalf of Defendant James Dondero bryan.assink@bondsellis.com

J. Robert Forshey
     on behalf of Plaintiff Acis Capital Management GP LLC bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

J. Robert Forshey

District/off: 0539-3 | User: admin | Page 2 of 2
Date Rcvd: Aug 17, 2022 | Form ID: pdf001 | Total Noticed: 2

| | |
|---|---|
| | on behalf of Plaintiff Acis Capital Management  L.P. bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Plaintiff Acis Capital Management  L.P. jprostok@forsheyprostok.com, tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Plaintiff Acis Capital Management GP  LLC jprostok@forsheyprostok.com, tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant CLO Holdco  Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant Grant Scott jkane@krcl.com  ecf@krcl.com;jkane@ecf.courtdrive.com |
| John Y. Bonds, III | on behalf of Defendant James Dondero john@bondsellis.com |
| Joseph Ahmad | on behalf of Plaintiff Acis Capital Management GP  LLC joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com |
| Joseph Ahmad | on behalf of Plaintiff Acis Capital Management  L.P. joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com |
| Melissa S. Hayward | on behalf of Interested Party Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael Justin Lang | on behalf of Defendant James Dondero mlang@cwl.law nvazquez@cwl.law;aohlinger@cwl.law;jgonzales@cwl.law;vpatterson@cwl.law |
| Shawn M. Bates | on behalf of Plaintiff Acis Capital Management  L.P. sbates@azalaw.com |
| Suzanne K. Rosen | on behalf of Plaintiff Acis Capital Management GP  LLC srosen@forsheyprostok.com, tlevario@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Suzanne K. Rosen | on behalf of Plaintiff Acis Capital Management  L.P. srosen@forsheyprostok.com, tlevario@forsheyprostok.com;calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Zachery Z. Annable | on behalf of Interested Party Highland Capital Management  L.P. zannable@haywardfirm.com |

TOTAL: 16