Joseph Y. Ahmad (Bar No. 00941100)
Shawn M. Bates (Bar No. 24027287)
Alex Dvorscak (Bar No. 24120461)
Christian Adriatico (Bar No. 24113366)
**AHMAD, ZAVITSANOS & MENSING**
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
advorscak@azalaw.com
cadriatico@azalaw.com
**COUNSEL FOR PLAINTIFFS AND
REORGANIZED DEBTORS**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| **ACIS CAPITAL MANAGEMENT, L.P.,** | § | **Case No. 18-30264-SGJ-11** |
| **ACIS CAPITAL MANAGEMENT GP, LLC,** | § | **Case No. 18-30265-SGJ-11** |
| | § | |
| | § | **(Jointly Administered Under Case** |
| Debtors. | § | **No. 18-30264-SGJ-11)** |
| | § | |
| | § | **Chapter 11** |
| **ACIS CAPITAL MANAGEMENT, L.P.,** | § | |
| **ACIS CAPITAL MANAGEMENT GP, LLC, Reorganized Debtors,** | § | **Adversary No. 20-03060-SGJ** |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| **JAMES DONDERO, FRANK WATERHOUSE, SCOTT ELLINGTON, HUNTER COVITZ, ISAAC LEVENTON, JEAN PAUL SEVILLA, THOMAS SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD.,** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF HEARING

Please take notice that an in-person hearing will be conducted before the Court on January 26, 2022, at 2:30 p.m. regarding Plaintiffs' Motion to Compel Compliance with Subpoena.

Dated:  December 13, 2022          Respectfully submitted,

         */s/ Shawn Bates*
         Joseph Y. Ahmad
         Texas Bar No. 00941100
         Federal Bar No. 11604
         Shawn M. Bates
         Texas Bar No. 24027287
         Federal Bar No. 30758
         Alex Dvorscak
         Texas Bar No. 24120461
         Christian Adriatico
         Texas Bar No. 24113366
         1221 McKinney St. Suite 2500
         Houston, Texas 77010
         (713) 655-1101 Telephone
         (713) 655-0062 Facsimile
         joeahmad@azalaw.com
         sbates@azalaw.com
         advorscak@azalaw.com
         cadriatico@azalaw.com
         **AHMAD, ZAVITSANOS & MENSING, P.C.**

         **COUNSEL FOR PLAINTIFFS AND REORGANIZED DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022 that this document was electronically served to the parties registered or otherwise entitled to receive electronic notices in this adversary proceeding pursuant to the Electronic Filing Procedures in this District. I also certify that this notice was served via e-mail on Highland Capital Management, L.P.'s counsel.

         */s/  Christian Adriatico*
         Christian Adriatico