Joseph Y. Ahmad (Bar No. 00941100)
Shawn M. Bates (Bar No. 24027287)
Alex Dvorscak (Bar No. 24120461)
Christian Adriatico (Bar No. 24113366)
**AHMAD, ZAVITSANOS & MENSING**
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
advorscak@azalaw.com
cadriatico@azalaw.com
**COUNSEL FOR PLAINTIFFS AND
REORGANIZED DEBTORS**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| **ACIS CAPITAL MANAGEMENT, L.P.,** | § | **Case No. 18-30264-SGJ-11** |
| **ACIS CAPITAL MANAGEMENT GP, LLC,** | § | **Case No. 18-30265-SGJ-11** |
| | § | |
| | § | **(Jointly Administered Under Case** |
| Debtors. | § | **No. 18-30264-SGJ-11)** |
| | § | |
| | § | **Chapter 11** |
| **ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC, Reorganized Debtors,** | § § § | **Adversary No. 20-03060-SGJ** |
| Plaintiffs, | § § | |
| vs. | § § | |
| **JAMES DONDERO, FRANK WATERHOUSE, SCOTT ELLINGTON, HUNTER COVITZ, ISAAC LEVENTON, JEAN PAUL SEVILLA, THOMAS SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD.,** | § § § § § § § § § | |
| Defendants. | § | |

# AMENDED NOTICE OF HEARING

Please take notice that a hybrid hearing will be conducted before the Court on January 26, 2023, at 2:30 p.m. regarding Plaintiffs' Motion to Compel Compliance with Subpoena in Judge Jernigan's courtroom and at https://us-courts.webex.com/meet/jerniga. Highland Capital Management, L.P. intends to appear remotely, and Acis Capital Management, L.P. and Acis Capital Management GP, LLC does not oppose.

Please also take notice that Highland Capital Management L.P.'s counsel has agreed to accept service via email of Acis' Motion to Compel Compliance with Subpoena and the Amended Notice of Hearing. The parties have also agreed that Highland Capital Management L.P.'s response to the Motion shall be due on January 13, 2023.

Dated: December 29, 2022

Respectfully submitted,

/s/ Shawn Bates
Joseph Y. Ahmad
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alex Dvorscak
Texas Bar No. 24120461
Christian Adriatico
Texas Bar No. 24113366
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
advorscak@azalaw.com
cadriatico@azalaw.com
**AHMAD, ZAVITSANOS & MENSING, P.C.**

**COUNSEL FOR PLAINTIFFS AND REORGANIZED DEBTORS**

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 29, 2022 that this document was electronically served to the parties registered or otherwise entitled to receive electronic notices in this adversary proceeding pursuant to the Electronic Filing Procedures in this District. I also certify that this notice was served via e-mail on Highland Capital Management, L.P.'s counsel.

               */s/ Christian Adriatico*
               Christian Adriatico