# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC,<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 18-30264-sgj11<br>§ Case No. 18-30265-sgj11<br>§<br>§ Jointly Administered Under<br>§ Case No. 18- 30264-sgj11) |
| ACIS CAPITAL MANAGEMENT, LP.,<br>ACIS CAPITAL MANAGEMENT GP, LLC,<br>Reorganized Debtors,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES DONDERO, FRANK WATERHOUSE, SCOTT ELLINGTON, HUNTER COVITZ, ISAAC LEVENTON, JEAN PAUL SEVILLA, THOMAS SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD.,<br><br>Defendants. | § §<br>§<br>§ Adversary Proceeding No.<br>§<br>§ 20-03060-sgj<br>§ |

## CERTIFICATE OF SERVICE

I, Aljaira Duarte, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in In re Highland Capital Management, L.P., Chapter 11 Case No. 19-34054-sgj11 (Bankr. N.D. Tex.).

On January 13, 2023, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Highland Capital Management, L.P.'s Response to Acis' Motion to Compel Compliance with Subpoena** [Docket No. 93]

- **Highland Capital Management, L.P.'s Memorandum of Law in Support of its Objection to Acis' Motion to Compel Compliance with Subpoena** [Docket No. 94]

- **Highland Capital Management, L.P.'s Response to Acis' Motion to Compel Compliance with Subpoena** [Docket No. 95]

- **Highland Capital Management, L.P.'s Memorandum of Law in Support of its Objection to Acis' Motion to Compel Compliance with Subpoena** [Docket No. 96]

Dated: January 20, 2023

        /s/ Aljaira Duarte
        Aljaira Duarte
        KCC
        222 N Pacific Coast Highway, Suite 300
        El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**

Adversary Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Acis Capital Management, L.P. | Ahmad Zavitsanos & Mensing, PLLC | Joseph Y. Ahmad, Shawn M. Bates | joeahmad@azalaw.com; sbates@azalaw.com |
| Counsel for Acis Capital Management LP | Carrington, Coleman, Sloman & Blumenthal, LLP | Brian Patrick Shaw , Jr | bshaw@ccsb.com |
| Counsel to James Dondero, Highland Capital Management Fund Advisors LP, NexPoint Advisors LP, The Dugaboy Investment Trust, The Get Good Trust and NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC ) | Crawford Wishnew & Lang | Michael J Lang | mlang@cwl.law |
| Counsel to Acis Capital Management, LP and Acis Capital Management GP, LLC ("Creditors") and Joshua N. Terry and Jennifer G. Terry | Forshey & Prostok LLP | Jeff P. Prostok, J. Robert Forshey, Suzanne K. Rosen | jprostok@forsheyprostok.com; bforshey@forsheyprostok.com; srosen@forsheyprostok.com; jgonzalez@forsheyprostok.com; |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng | Earnestiena.Cheng@fticonsulting.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for CLO Holdco, Ltd. and Grant Scott | Kane Russell Coleman Logan PC | John J. Kane | kane@krcl.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors, Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel; Phillip Lamberson; Jason A. Enright; Annmarie Chiarello | rpatel@winstead.com; plamberson@winstead.com; jenright@winstead.com; achiarello@winstead.com |