

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 17, 2023

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 18-30264-SGJ-11 |
| ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC, | § § § § | Case No. 18-30265-SGJ-11<br><br>(Jointly Administered Under Case No. 18-30264-SGJ-11) |
| Debtors. | § § | Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P., ACIS CAPITAL MANAGEMENT GP, LLC, Reorganized Debtors,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES DONDERO, FRANK WATERHOUSE, SCOTT ELLINGTON, HUNTER COVITZ, ISAAC LEVENTON, JEAN PAUL SEVILLA, THOMAS SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD.,<br>Defendants. | § § § § § § § § § § § § § § § § § § § | Adversary No. 20-03060-SGJ |

**ORDER GRANTING IN PART AND DENYING IN PART ACIS'
MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Upon consideration of (a) *Acis' Motion to Compel Compliance with Subpoena*, and all documents submitted in support thereof (the "Motion") [Docket Nos. 89 and 90], with respect to the Amended Subpoena (the "Subpoena") served by the Plaintiffs (together, "Acis") in the above-referenced adversary proceeding (the "Adversary Proceeding") on Highland Capital Management, L.P. ("Highland" and together with Acis, the "Parties") [*see* Docket No. 90-2 (Exhibit 7)]; (b) *Highland Capital Management, L.P.'s Response to Acis' Motion to Compel Compliance with Subpoena*, and all documents submitted in support thereof [Docket Nos. 93-96]; (c) *Acis' Response in Support of Motion to Compel Compliance*, and all documents submitted in support thereof [Docket No. 98]; (d) counsels' arguments made during a hearing conducted on January 26, 2023 (the "Hearing"); and (e) the Parties' agreement to the terms of this Order (as indicated by counsel's signatures below), the Court:

1. **GRANTS** the Motion only to the following extent and **ORDERS** that (1) the relevant timeframe of the Subpoena is June 1, 2016 to October 15, 2019; (2) Highland must produce documents relevant to HarbourVest to the extent identified using modified search terms previously agreed to between the Parties;[1] and (3) Highland must produce attorney communications and potentially privileged communications contained within the set of pre-petition e-mail documents previously produced in *Kirschner v. Dondero, et. al*, Adv. Pro. No. 21-03076-sgj (Bank. N.D. Tex.) (the "Kirschner Action"), within 30 calendar days of this Order, to the extent identified by search terms previously agreed to between the Parties. Documents produced pursuant to part (3) of this paragraph shall be subject to the limitations set forth in paragraph 13 of the *Agreed Protective Order* in Kirschner Action [Adv. Pro. No. 21-

---

[1] Counsel for the Parties informed the Court during the Hearing that an agreement was reached on limited search terms concerning "HarbourVest" and that Highland had completed its production of such documents.

03076, Docket No. 202], except that such documents may also be used in this Adversary Proceeding.

2. The Court further **ORDERS** that Highland shall complete the document production required by this Order within 30 calendar days of this Order unless such 30-day period is extended by written agreement of the parties or upon good cause shown.

3. All relief requested in the Motion and not specifically granted in paragraph 1 is **DENIED.**

4. This **ORDER** resolves all issues and requests made in the Motion.

### END OF ORDER ###

**ORDER SUBMITTED BY:**

*/s/ Shawn Bates*
AHMAD, ZAVITSANOS & MENSING, PLLC
Joseph Y. Ahmad
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alex Dvorscak
Texas Bar No. 24120461
Christian Adriatico
Texas Bar No. 24113366
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
advorscak@azalaw.com
cadriatico@azalaw.com

**COUNSEL FOR PLAINTIFFS AND
REORGANIZED DEBTORS**

*/s/ John Morris*
PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (admitted pro hac vice)
John A. Morris (NY Bar No. 2405397) (admitted pro hac vice)
Gregory V. Demo (NY Bar No. 5371992) (admitted pro hac vice)
Hayley R. Winograd (NY Bar No. 5612569) (admitted pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jmorris@pszjlaw.com

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

**COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.**

United States Bankruptcy Court

Northern District of Texas

Acis Capital Management, L.P.,
    Plaintiff

Dondero,
    Defendant

Adv. Proc. No. 20-03060-sgj

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 2
Date Rcvd: Feb 17, 2023     Form ID: pdf001     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Winstead PC, 500 Winstead Building, 2728 N. Harwood Street, Suite 500, Dallas, TX 75201-1743 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 17 2023 21:29:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 17 2023 21:29:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Robert Forshey | on behalf of Plaintiff Acis Capital Management GP LLC bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |

| | |
|---|---|
| J. Robert Forshey | on behalf of Plaintiff Acis Capital Management  L.P. bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Plaintiff Acis Capital Management  L.P. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Plaintiff Acis Capital Management GP  LLC jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant CLO Holdco  Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant Grant Scott jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |
| Joseph Y. Ahmad | on behalf of Plaintiff Acis Capital Management  L.P. joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com |
| Joseph Y. Ahmad | on behalf of Plaintiff Acis Capital Management GP  LLC joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com |
| Melissa S. Hayward | on behalf of Interested Party Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael Justin Lang | on behalf of Defendant James Dondero mlang@cwl.law aohlinger@cwl.law;mbrown@cwl.law |
| Shawn M. Bates | on behalf of Plaintiff Acis Capital Management  L.P. sbates@azalaw.com |
| Suzanne K. Rosen | on behalf of Plaintiff Acis Capital Management GP  LLC srosen@forsheyprostok.com, calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Suzanne K. Rosen | on behalf of Plaintiff Acis Capital Management  L.P. srosen@forsheyprostok.com, calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com |
| Zachery Z. Annable | on behalf of Interested Party Highland Capital Management  L.P. zannable@haywardfirm.com |

TOTAL: 14