

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 23, 2023**

_____
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-30264-SGJ-11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | Case No. 18-30265-SGJ-11 |
| ACIS CAPITAL MANAGEMENT GP, | § | |
| LLC, | § | (Jointly Administered Under Case |
| | § | No. 18-30264-SGJ-11) |
| Debtors. | § | |
| | § | Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | |
| ACIS CAPITAL MANAGEMENT GP, | § | |
| LLC, Reorganized Debtors, | § | Adversary No. 20-03060-SGJ |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| JAMES DONDERO, FRANK | § | |
| WATERHOUSE, SCOTT ELLINGTON, | § | |
| HUNTER COVITZ, ISAAC LEVENTON, | § | |
| JEAN PAUL SEVILLA, THOMAS | § | |
| SURGENT, GRANT SCOTT, HEATHER | § | |
| BESTWICK, WILLIAM SCOTT, AND | § | |
| CLO HOLDCO, LTD., | § | |
| | § | |
| Defendants. | § | |

— 1 —

**ORDER GRANTING ACIS'S AGREED MOTION TO AMEND SCHEDULING ORDER**

Before the Court is Acis Capital Management, L.P. ("Acis LP") and Acis Capital Management GP, LLC's ("Acis GP" together with Acis LP, the "Reorganized Debtors," "Debtors," "Acis," or "Plaintiffs"), the Reorganized Debtors in the above-styled and jointly administered bankruptcy cases (the "Bankruptcy Cases") and Plaintiffs in the above-styled adversary proceeding (the "Adversary Proceeding")'s, Agreed Motion for New Scheduling Order. Having considered the briefing, all relevant authority, and the arguments of counsel (if any), the Court finds the Motion to be meritorious. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that these deadlines shall replace and supersede the deadlines in the current Scheduling Order (Dkt. 73):

A. **TRIAL DOCKET CALL & PRETRIAL CONFERENCE**. The docket call for trial in this matter will be held on **October 2, 2023,** at 1:30 PM at 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242. Trial will take place during the week of **October 16, 2023** unless otherwise ordered by the Court.

B. **TRIAL STATUS CONFERENCE**. A status conference will be held on **August 7, 2023,** at 1:30 PM at 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242. At this status conference, the parties are expected to be prepared to discuss the status of this matter as it relates to its progression to trial.

C. **RULE 26(F) CONFERENCE**. By **March 3, 2022**, the parties must confer about those matters listed in Federal Rule of Civil Procedure 26(f).

D. **RULE 26(A)(1) DISCLOSURES**. By **March 17, 2022**, each party must provide to the other parties the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

E. **AMENDMENTS TO PLEADINGS**. By **July 30, 2022**, Plaintiff party must have sought leave to amend its complaint. Response to any amended complaint shall be due within Fifteen (15) days after filing of such amended complaint after leave is granted. With respect to any other pleading on file as of the date of this order other parties shall have until **April 15, 2022** by which to seek leave to amend. All rights are reserved to all Parties with respect to amendment of pleadings.

F. **EXPERT DISCLOSURES & REPORTS**. By **May 26, 2023**, each party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705 and provide a report complying with Federal Rule of Civil Procedure 26(a)(2)(B).

G. **REBUTTAL EXPERT REPORTS**. By **June 30, 2023**, each party must provide to the other parties any written rebuttal expert reports.

H. **FACT DISCOVERY**. By **July 31, 2023**, the parties must have completed all fact discovery.

I. **EXPERT DEPOSITIONS**. By **July 31, 2023**, the parties must have completed the depositions of all experts.

J. **DISPOSITIVE MOTIONS**. By **August 14, 2023**, the parties must have filed all dispositive motions, which must be heard by **September 25, 2023**.

K. **TRIAL EXHIBITS & TRIAL WITNESSES**. By **October 23, 2023**, the parties must have filed a list of trial exhibits and exchanged all such trial exhibits (except for impeachment documents and demonstratives) and filed a list of witnesses to be called at trial. Each exhibit shall be marked with an exhibit label. By **October 16, 2023**, the parties, after conferring, must file any objections to trial exhibits and trial witnesses. All exhibits not objected to in writing by this date will be admitted into evidence at trial without further

proof. Written objections to exhibits shall be taken up either at the beginning or during trial or at the pretrial conference.

L. **PRE-TRIAL MOTIONS**. By **October 9, 2023**, the parties must have filed all pre-trial motions, such as motions in limine and motions challenging the admissibility of expert testimony.

M. **JOINT PRE-TRIAL ORDER**. By **October 9, 2023**, the parties must have filed a joint pre-trial order in compliance with Local District Court Rule 16.4. All counsel are responsible for preparing the Joint Pretrial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney.

This Order is being entered without prejudice to the rights of the parties to seek to extend or modify the terms of this Amended Scheduling/Docket Control Order.

# # # End of Order # # #

**AGREED:**

*/s/* Michael Lang
Michael Lang
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Ave., Suite 2390
Dallas, Texas 75201
Mlang@cwl.law
D: (214) 817-4503

**COUNSEL FOR JAMES DONDERO**

*/s/* Louis M. Phillips
Louis M. Phillips
**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place

301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
(225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

/s/ Hugh G. Connor II
**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

**COUNSEL FOR CLO HOLDCO LTD**

/s/ John Kane
John Kane
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street
Suite 5200
Dallas, Texas 75202-3705
Telephone: (214) 777-4200
Telecopy: (214) 777-4299
jkane@krcl.com

**COUNSEL FOR GRANT SCOTT**

Respectfully and jointly submitted,

*/s/* Joseph Y. Ahmad
Joseph Y. Ahmad
Shawn M. Bates
Alexander M. Dvorscak
**AHMAD, ZAVITSANOS & MENSING, PLLC**
**1221** McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
advorscak@azalaw.com

**COUNSEL FOR PLAINTIFFS AND REORGANIZED DEBTORS**

**Copies to**:

Michael Lang
**CRAWFORD, WISHNEW & LANG PLLC** 1700 Pacific Ave., Suite 2390
Dallas, Texas 75201
Mlang@cwl.law
D: (214) 817-4503

**COUNSEL FOR JAMES DONDERO**

Louis M. Phillips
**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
(225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553) 400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

Hugh G. Connor II
**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

**COUNSEL FOR CLO HOLDCO LTD**

John Kane
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street
Suite 5200
Dallas, Texas 75202-3705
Telephone: (214) 777-4200
Telecopy: (214) 777-4299
jkane@krcl.com

**COUNSEL FOR GRANT SCOTT**