Joseph Y. Ahmad
Texas Bar No. 00941100
Shawn M. Bates
Texas Bar No. 24027287
Alex Dvorscak
Teas Bar No. 24120461
Thomas Cooke
Texas Bar No. 24124818
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
advorscak@azalaw.com
tcooke@azalaw.com

Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1550
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
bforshey@forsheyprostok.com
srosen@forsheyprostok.com

**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC, PLAINTIFFS AND REORGANIZED DEBTORS**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § <br> § <br> **ACIS CAPITAL MANAGEMENT, L.P.,** § <br> **ACIS CAPITAL MANAGEMENT GP,** § <br> **LLC,** § <br> § <br> **Debtors.** § | | **Case No. 18-30264-SGJ-11** <br> **Case No. 18-30265-SGJ-11** <br><br> **(Jointly Administered Under Case No. 18-30264-SGJ-11)** <br><br> **Chapter 11** |
| **ACIS CAPITAL MANAGEMENT, L.P.,** § <br> **ACIS CAPITAL MANAGEMENT GP,** § <br> **LLC, Reorganized Debtors,** § <br> § <br> **Plaintiffs,** § <br> § <br> **vs.** § <br> § <br> **JAMES DONDERO, FRANK** § <br> **WATERHOUSE, SCOTT ELLINGTON,** § <br> **HUNTER COVITZ, ISAAC LEVENTON,** § <br> **JEAN PAUL SEVILLA, THOMAS** § <br> **SURGENT, GRANT SCOTT, HEATHER** § <br> **BESTWICK, WILLIAM SCOTT, AND** § <br> **CLO HOLDCO, LTD.,** § <br> § <br> **Defendants.** § | | **Adversary No. 20-03060-SGJ** |

## AMENDED NOTICE OF AGREED RESPONSE DEADLINE

Plaintiffs hereby advise the Court that based on an agreement with Defendant James Dondero, Movant, Plaintiffs' deadline to respond to DEFENDANT JAMES DONDERO'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT (Dkt. #115) is **extended to March 27, 2024**.

Dated: March 11, 2024

Respectfully and jointly submitted,

*/s/ Joseph Y. Ahmad*
Joseph Y. Ahmad
Texas Bar No. 00941100
Shawn M. Bates
Texas Bar No. 24027287
Alexander M. Dvorscak
Texas Bar No. 24120461
Thomas Cooke
Texas Bar No. 24124818
**AHMAD, ZAVITSANOS & MENSING, PLLC**
McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
advorscak@azalaw.com
tcooke@azalaw.com

**COUNSEL FOR PLAINTIFFS
AND REORGANIZED DEBTORS**

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel for Plaintiffs conferred with counsel for Defendant James Dondero (movant) regarding the relief requested herein, and that Defendant James Dondero is in agreement.

>*/s/ Shawn Bates*
> Shawn M. Bates

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, this document was electronically served to the parties registered or otherwise entitled to receive electronic notices in this adversary proceeding pursuant to the Electronic Filing Procedures in this District.

>*/s/ Shawn Bates*
> Shawn M. Bates