

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed March 26, 2024**

United States Bankruptcy Judge

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 18-30264-SGJ-11 |
| **ACIS CAPITAL MANAGEMENT, L.P.,** | § | Case No. 18-30265-SGJ-11 |
| **ACIS CAPITAL MANAGEMENT GP,** | § | |
| **LLC,** | § | **(Jointly Administered Under Case** |
| | § | **No. 18-30264-SGJ-11)** |
| Debtors. | § | |
| | § | Chapter 11 |
| | | |
| **ACIS CAPITAL MANAGEMENT, L.P.,** | § | |
| **ACIS CAPITAL MANAGEMENT GP,** | § | |
| **LLC, Reorganized Debtors,** | § | Adversary No. 20-03060-SGJ |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| **JAMES DONDERO, FRANK** | § | |
| **WATERHOUSE, SCOTT ELLINGTON,** | § | |
| **HUNTER COVITZ, ISAAC LEVENTON,** | § | |
| **JEAN PAUL SEVILLA, THOMAS** | § | |
| **SURGENT, GRANT SCOTT, HEATHER** | § | |
| **BESTWICK, WILLIAM SCOTT, AND** | § | |
| **CLO HOLDCO, LTD.,** | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING ACIS'S MOTION FOR CONTINUANCE

Before the Court is Acis Capital Management, L.P. ("Acis LP") and Acis Capital Management GP, LLC's ("Acis GP" together with Acis LP, the "Reorganized Debtors," "Debtors," "Acis," or "Plaintiffs"), the Reorganized Debtors in the above-styled and jointly administered bankruptcy cases (the "Bankruptcy Cases") and Plaintiffs in the above-styled adversary proceeding (the "Adversary Proceeding")'s, Agreed Motion for Continuance (the "Motion"). Having considered the briefing, all relevant authority, and the arguments of counsel (if any), the Court finds the Motion to be meritorious. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that these deadlines shall replace and supersede the deadlines in the current Scheduling Order (Dkt. 108):

A. **TRIAL DOCKET CALL & PRETRIAL CONFERENCE**. The docket call for trial in this matter will be held on **October 7, 2024**, at 1:30 PM at 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242. Trial will take place during the week of **October 21, 2024**, unless otherwise ordered by the Court.

B. **TRIAL STATUS CONFERENCE**. A status conference will be held on **August 5, 2024**, at 2:30 PM at 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242. At this status conference, the parties are expected to be prepared to discuss the status of this matter as it relates to its progression to trial.

C. **EXPERT DISCLOSURES & REPORTS**. By **May 15, 2024**, each party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705 and provide a report complying with Federal Rule of Civil Procedure 26(a)(2)(B).

D. **REBUTTAL EXPERT REPORTS**. By **June 17, 2024**, each party must provide to the other parties any written rebuttal expert reports.

E. **FACT DISCOVERY**. By **July 12, 2024**, the parties must have completed all fact discovery.

F. **EXPERT DEPOSITIONS**. By **July 12, 2024**, the parties must have completed the depositions of all experts.

G. **DISPOSITIVE MOTIONS**. By **August 2, 2024**, the parties must have filed all dispositive motions, which must be heard by **September 9, 2024**.

H. **TRIAL EXHIBITS & TRIAL WITNESSES**. By **September 27, 2024**, the parties must have filed a list of trial exhibits and exchanged all such trial exhibits (except for impeachment documents and demonstratives) and filed a list of witnesses to be called at trial. Each exhibit shall be marked with an exhibit label. By **October 3, 2024**, the parties, after conferring, must file any objections to trial exhibits and trial witnesses. All exhibits not objected to in writing by this date will be admitted into evidence at trial without further proof. Written objections to exhibits shall be taken up either at the beginning or during trial or at the pretrial conference.

I. **PRE-TRIAL MOTIONS**. By **September 27, 2024**, the parties must have filed all pre-trial motions, such as motions in limine and motions challenging the admissibility of expert testimony.

J. **JOINT PRE-TRIAL ORDER**. By **September 27, 2024**, the parties must have filed a joint pre-trial order in compliance with Local District Court Rule 16.4. All counsel are responsible for preparing the Joint Pretrial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney.

This Order is being entered without prejudice to the rights of the parties to seek to extend or modify the terms of this Amended Scheduling/Docket Control Order.

# # # End of Order # # #

Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Ste. 2500
Houston, TX 77010
(713) 655-1101 (Phone)
(713) 655-0062 (Facsimile)

By: /s/ *Shawn M. Bates*
Joseph Y. Ahmad
State Bar No. 00941100
Shawn M. Bates
State Bar No. 24027287
Alex Dvorscak
State Bar No. 24120461
Thomas Cooke
State Bar No. 24124818
jahmad@azalaw.com
sbates@azalaw.com
advorscak@azalaw.com
tcooke@azalaw.com

**COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P., AND ACIS CAPITAL MANAGEMENT GP, LLC, PLAINTIFFS AND REORGANIZED DEBTORS**

**Copies to:**

Michael Lang
CRAWFORD, WISHNEW & LANG PLLC
1700 Pacific Ave., Suite 2390
Dallas, Texas 75201
Mlang@cwl.law
D: (214) 817-4503

**COUNSEL FOR JAMES DONDERO**

Louis M. Phillips
KELLY HART PITRE
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
(225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

And

Hugh G. Connor II
KELLY HART & HALLMAN
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

**COUNSEL FOR CLO HOLDCO LTD**

John Kane
KANE RUSSELL COLEMAN LOGAN PC
901 Main Street
Suite 5200
Dallas, Texas 75202-3705
Telephone: (214) 777-4200
Telecopy: (214) 777-4299
jkane@krcl.com

**COUNSEL FOR GRANT SCOTT**

United States Bankruptcy Court

Northern District of Texas

Acis Capital Management, L.P.,
    Plaintiff

Dondero,
    Defendant

Adv. Proc. No. 20-03060-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Mar 26, 2024      Form ID: pdf023      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Winstead PC, 500 Winstead Building, 2728 N. Harwood Street, Suite 500, Dallas, TX 75201-1743 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 26 2024 21:56:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 26 2024 21:56:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dave Wishnew | on behalf of Defendant James Dondero dwishnew@cwl.law ccasso@cwl.law;vpatterson@cwl.law;tjjones@cwl.law |
| J. Robert Forshey | |

| | |
|---|---|
| | on behalf of Plaintiff Acis Capital Management L.P. bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net |
| J. Robert Forshey | on behalf of Plaintiff Acis Capital Management GP LLC bforshey@forsheyprostok.com, calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net |
| Jeff P. Prostok | on behalf of Plaintiff Acis Capital Management L.P. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net |
| Jeff P. Prostok | on behalf of Plaintiff Acis Capital Management GP LLC jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net |
| John J. Kane | on behalf of Defendant CLO Holdco Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| John J. Kane | on behalf of Defendant Grant Scott jkane@krcl.com ecf@krcl.com;jkane@ecf.courtdrive.com |
| Joseph Y. Ahmad | on behalf of Plaintiff Acis Capital Management L.P. joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com |
| Joseph Y. Ahmad | on behalf of Plaintiff Acis Capital Management GP LLC joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com |
| Louis M. Phillips | on behalf of Defendant CLO Holdco Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com |
| Melissa S. Hayward | on behalf of Interested Party Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Michael Justin Lang | on behalf of Defendant James Dondero mlang@cwl.law aohlinger@cwl.law;ylopez@cwl.law |
| Shawn M Bates | on behalf of Plaintiff Acis Capital Management GP LLC sbates@azalaw.com, tbyrd@azalaw.com |
| Shawn M Bates | on behalf of Plaintiff Acis Capital Management L.P. sbates@azalaw.com, tbyrd@azalaw.com |
| Suzanne K. Rosen | on behalf of Plaintiff Acis Capital Management GP LLC srosen@forsheyprostok.com, calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net |
| Suzanne K. Rosen | on behalf of Plaintiff Acis Capital Management L.P. srosen@forsheyprostok.com, calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net |
| Thomas Albert Cooke | on behalf of Plaintiff Acis Capital Management GP LLC tcooke@azalaw.com, mflores@azalaw.com |
| Thomas Albert Cooke | on behalf of Plaintiff Acis Capital Management L.P. tcooke@azalaw.com, mflores@azalaw.com |
| Zachery Z. Annable | on behalf of Interested Party Highland Capital Management L.P. zannable@haywardfirm.com |

TOTAL: 19