BTXN 221 (rev. 09/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Acis Capital Management, L.P. | § | |
| | § | Case No.:    18−30264−sgj11 |
| Debtor(s) | § | Chapter No.:   11 |
| Acis Capital Management, L.P.  et al. | § | |
| Plaintiff(s) | § | Adversary No.:    20−03060−sgj |
| | § | |
| James Dondero  et al. | § | Civil Case No.:        3:24−cv−02036−N |
| Defendant(s) | § | |
| | § | |
| Acis Capital Management, L.P. et al. | § | |
| Plaintiff(s) | § | |
| vs. | § | |
| James Dondero et al. | § | |
| Defendant(s) | § | |
| | § | |
| | § | |

## NOTICE OF TRANSMITTAL OF REPORT AND RECOMMENDATION

I am transmitting:

One copy of:  Report and Recommendation to the District Court That It Grant Defendant James Dondero's Motion for Judgment on The Pleadings and "Supplemental" Motion for Summary Judgment and Dismiss with Prejudice all Remaining Counts Against Dondero .

DATED:  2/26/25                          FOR THE COURT:
                                        Stephen J Manz, Clerk of Court

                                        by: /s/Sheniqua Whitaker, Deputy Clerk