BTXN 138 (rev. 09/22)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Acis Capital Management, L.P.<br><br>Debtor(s) | § § § § § | Case No.: 18–30264–sgj11<br>Chapter No.: 11 |
| Acis Capital Management, L.P. et al.<br>Plaintiff(s)<br>vs.<br>James Dondero et al.<br>Defendant(s) | § § § § § § | Adversary No.: 20–03060–sgj<br><br>Civil Case No.: 3:24–cv–02036–N |
| Acis Capital Management, L.P. et al.<br>Plaintiff(s)<br>vs.<br>James Dondero et al.<br>Defendant(s) | § § § § § § § § | |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case) **NOTE**: A Status Conference has been set for at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.

- ☑ One copy of:  Response Opposed to Objection to Report and Recommendation .

DATED: 2/26/25

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk