# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Bank. Case No.: 18-30264-sgj11 |
| | § | Adv. No. 20-03060-sgj |
| ACIS CAPITAL MANAGEMENT LP, *et al.* | § | |
| Debtors, | § | |
| | § | |
| ACIS CAPITAL MANAGEMENT LP, *et al.* | § | Civil Action No. 3:24-cv-02036-N |
| Plaintiffs, | § | |
| v. | § | |
| JAMES DONDERO, *et al.*, | § | |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Acis Capital Management LP and Acis Capital Management GP, LLC (collectively, "Acis") appeal to the United States Court of Appeals for the Fifth Circuit from the Court's order entered on April 23, 2025 (Dkt. 18) and the Court's order entered on June 24, 2025 (Dkt. 20), as well as all rulings and decisions subsumed therein.

Respectfully submitted,

*/s/ Shawn Bates*
AHMAD, ZAVITSANOS & MENSING, PLLC
Joseph Y. Ahmad
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Thomas Cooke

1

          Texas Bar No. 24124818
          Federal Bar No. 3837479
          Sean Healey
          Texas Bar No. 24142997
          Federal Bar No. pending
          1221 McKinney St. Suite 2500
          Houston, Texas 77010
          (713) 655-1101 Telephone
          (713) 655-0062 Facsimile
          joeahmad@azalaw.com
          sbates@azalaw.com
          tcooke@azalaw.com

          **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 27, 2025, a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice.

          */s/ Sean Healey*
          Sean Healey