

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 27, 2025**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 18-30264-SGJ-11 |
| | § | Case No. 18-30265-SGJ-11 |
| **ACIS CAPITAL MANAGEMENT, L.P.,** | § | |
| **ACIS CAPITAL MANAGEMENT GP,** | § | (Jointly Administered Under Case |
| **LLC,** | § | No. 18-30264-SGJ-11) |
| | § | |
| Debtors. | § | Chapter 11 |

| | | |
|---|---|---|
| **ACIS CAPITAL MANAGEMENT, L.P.,** | § | |
| **ACIS CAPITAL MANAGEMENT GP,** | § | |
| **LLC, Reorganized Debtors,** | § | **Adversary No. 20-03060-SGJ** |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| **JAMES DONDERO, FRANK** | § | |
| **WATERHOUSE, SCOTT ELLINGTON,** | § | |
| **HUNTER COVITZ, ISAAC LEVENTON,** | § | |
| **JEAN PAUL SEVILLA, THOMAS** | § | |

| | |
|---|---|
| **SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD.,** | § § § § |
| **Defendants.** | |

### ORDER GRANTING UNOPPOSED MOTION OF VARTABEDIAN, HESTER & HAYNES LLP TO WITHDRAW AS COUNSEL FOR ACIS CAPITAL MANAGEMENT, L.P. AND ACIS CAPITAL MANAGEMENT GP, LLC

Came for consideration this *Unopposed Motion of Vartabedian, Hester & Haynes LLP to Withdraw as Counsel for Acis Capital Management L.P. and Capital Management GP, LLC* (the "Motion"), filed by Vartabedian, Hester & Haynes LLP ("VHH") in the above-captioned adversary proceeding (the "Adversary Case"). The Court, having jurisdiction to consider the Motion and the relief requested therein, finds that proper notice of the Motion has been provided, and good cause exists to permit VHH to withdraw as counsel for Acis Capital Management, L.P. and Acis Capital Management GP, LLC (collectively, "Acis").

Therefore, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that VHH is permitted to withdraw as counsel for Acis in the Adversary Case; and it is further

**ORDERED** that the Clerk of this Court and all parties are directed to remove VHH as attorneys for Acis on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in the Adversary Case.

### ### END OF ORDER ###

**SUBMITTED BY:**

*/s/ Jeff P. Prostok*
Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce St., Suite 3635
Fort Worth, TX  76102
Tel: 817-214-4990
jeff.prostok@vhh.law
bobby.forshey@vhh.law
suki.rosen@vhh.law

**COUNSEL FOR PLAINTIFFS**

United States Bankruptcy Court
Northern District of Texas

Acis Capital Management, L.P.,
    Plaintiff

Dondero,
    Defendant

Adv. Proc. No. 20-03060-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 3
Date Rcvd: Jun 30, 2025     Form ID: pdf001     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 30 2025 22:11:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jun 30 2025 22:11:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jun 30 2025 22:11:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:

**Name**     **Email Address**

Ali Ohlinger
    on behalf of Defendant James Dondero aohlinger@cwl.law

Dallas Flick
    on behalf of Defendant James Dondero dflick@cwl.law

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 30, 2025 | Form ID: pdf001 | Total Noticed: 3 |

Dave Wishnew
    on behalf of Defendant James Dondero dwishnew@cwl.law bbell@cwl.law;tjjones@cwl.law

Haleigh Jones
    on behalf of Defendant James Dondero hjones@cwl.law

Hugh G. Connor, II
    on behalf of Defendant Grant Scott hugh.connor@kellyhart.com

J. Robert Forshey
    on behalf of Plaintiff Acis Capital Management  L.P. bobby.forshey@vhh.law, bforshey@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;julie.gonzalez@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

J. Robert Forshey
    on behalf of Plaintiff Acis Capital Management GP  LLC bobby.forshey@vhh.law, bforshey@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;julie.gonzalez@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Plaintiff Acis Capital Management  L.P. jeff.prostok@vhh.law, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeff P. Prostok
    on behalf of Plaintiff Acis Capital Management GP  LLC jeff.prostok@vhh.law, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

John J. Kane
    on behalf of Defendant CLO Holdco  Ltd. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com;srhea@krcl.com

Joseph Y. Ahmad
    on behalf of Plaintiff Acis Capital Management  L.P. joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com

Joseph Y. Ahmad
    on behalf of Plaintiff Acis Capital Management GP  LLC joeahmad@azalaw.com, sbates@azalaw.com;ahernandez@azalaw.com

Katherine T. Hopkins
    on behalf of Defendant Grant Scott katherine.hopkins@kellyhart.com

Louis M. Phillips
    on behalf of Defendant CLO Holdco  Ltd. louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;Amelia.Hurt@kellyhart.com

Melissa S. Hayward
    on behalf of Interested Party Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Michael D. Anderson
    on behalf of Defendant Grant Scott michael.anderson@kellyhart.com

Michael Justin Lang
    on behalf of Defendant James Dondero mlang@cwl.law  aohlinger@cwl.law;ylopez@cwl.law

Shawn M Bates
    on behalf of Plaintiff Acis Capital Management GP  LLC sbates@azalaw.com, tbyrd@azalaw.com

Shawn M Bates
    on behalf of Plaintiff Acis Capital Management  L.P. sbates@azalaw.com, tbyrd@azalaw.com

Suzanne K. Rosen
    on behalf of Plaintiff Acis Capital Management GP  LLC suki.rosen@vhh.law, srosen@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Suzanne K. Rosen
    on behalf of Plaintiff Acis Capital Management  L.P. suki.rosen@vhh.law, srosen@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Thomas Albert Cooke
    on behalf of Plaintiff Acis Capital Management GP  LLC tcooke@azalaw.com, mflores@azalaw.com

Thomas Albert Cooke
    on behalf of Plaintiff Acis Capital Management  L.P. tcooke@azalaw.com, mflores@azalaw.com

Zachery Z. Annable
    on behalf of Plaintiff Acis Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable
    on behalf of Interested Party Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Plaintiff Acis Capital Management GP  LLC zannable@haywardfirm.com, mholmes@haywardfirm.com

TOTAL: 26